UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KEVIN LEE ESTES,<br><br>        Plaintiff,<br><br>  vs.<br><br>STATE OF WASHINGTON DEPARTMENT OF CORRECTIONS, KATHY GASTREICH, CAROL CURTIS, MAURO P. PARTIDA SR., DEPARTMENT OF ATTORNEY GENERAL, DANIEL J. JUDGE, DEPARTMENT OF ENTERPRISE OFFICE OF RISK MANAGEMENT, GREG PRESSEL and BRUCE LEMON,<br><br>        Defendants. | NO.  CV-11-5158-CI<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION, GRANTING MOTION TO VOLUNTARILY DISMISS, AND DISMISSING COMPLAINT** |

    Magistrate Judge Imbrogno filed a Report and Recommendation in this matter on January 10, 2012, ECF No. 15, recommending Mr. Estes' Motion to Voluntarily Dismiss be granted.  There being no objections, the Court **ADOPTS** the Report and Recommendation in its entirety.

    Accordingly, **IT IS HEREBY ORDERED:**

    1.  Plaintiff's Motion to Voluntarily Dismiss Complaint, **ECF No. 14**, is **GRANTED.**  Although given the opportunity to do so, Plaintiff did not file a separate Motion and Affidavit to waive the remaining balance of the filing fee as directed.  Therefore, Plaintiff still is obliged to

ORDER ADOPTING REPORT AND RECOMMENDATION, GRANTING MOTION TO VOLUNTARILY DISMISS, AND DISMISSING COMPLAINT -- 1

pay the full filing fee for this action pursuant to 28 U.S.C. § 1915(b).

   2.   The Complaint in this matter is **DISMISSED**.

   3.   **Judgment** shall be **ENTERED** in Defendants' favor without prejudice.

   4.   This file shall be **CLOSED** and all pending deadlines **STRICKEN**.

   **IT IS SO ORDERED.**  The District Court Executive is directed to enter this Order and forward a copy to Plaintiff.

   **DATED** this ___8th___ day of February 2012.

                                        S/ Edward F. Shea
                                       EDWARD F. SHEA
                                 UNITED STATES DISTRICT JUDGE

Q:\Civil\2011\prisoner11cv5158ci-2-2-adpvoldis.wpd

ORDER ADOPTING REPORT AND RECOMMENDATION, GRANTING MOTION TO VOLUNTARILY DISMISS, AND DISMISSING COMPLAINT -- 2