AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

KEVIN LEE ESTES,

v.

STATE OF WASHINGTON, DEPARTMENT OF CORRECTIONS, KATH GASTREICH, CAROL CURTIS, MAURO P. PARTIDA, SR. DEPARTMENT OF ATTORNEY GENERAL, DANIEL J. JUDGE, DEPARTMENT OF ENTERPRISE OFFICE, et al.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-11-5158-CI

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Judgment is entered in Defendants' favor without prejudice.

February 8, 2012
*Date*

JAMES R. LARSEN
*Clerk*
s/ Virginia Reisenauer
*(By) Deputy Clerk*
Virginia Reisenauer